October 28, 2014



# JUDGMENT

## 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

ACE PARKING MANAGEMENT, INC., Appellant

NO. 14-13-00129-CV                    V.

MAIN STREET PARKING, LIMITED AND BRANTLEY MINOR, Appellees

&

BRANTLY MINOR, Appellant

NO. 14-13-00195-CV                    V.

ACE PARKING MANAGEMENT, INC., Appellee

_____

Today the Court heard the parties' joint motion to reverse the judgment signed by the court below on November 20, 2012. Having considered the motion and found it meritorious, we order the judgment **REVERSED AND REMAND** the cause to the trial court for proceedings in accordance with this Court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.